**John Paul TURNER, Petitioner— Appellant,**

v.

**Commonwealth of VIRGINIA, Respondent—Appellee.**

**No. 11–1591.**

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 16, 2011.

Decided: Oct. 7, 2011.

John Paul Turner, Appellant Pro Se.

Before WILKINSON, MOTZ, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Paul Turner appeals the district court's order denying his Fed.R.Civ.P. 60(b) motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Turner v. Virginia,* No. 7:10–cv–00555–SGW–mfu (W.D.Va. May 27, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented

288

in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Jonathan Ojeda appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ojeda v. Proctor,* No. 2:10–cv–00126–JPB–DJJ, 2011 WL 2433359 (N.D. W. Va. June 16, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*